IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| FLANDERS ELECTRIC MOTOR SERVICE, INC., | ) ) ) | Civil Action No. 7:15-CV-654 | |
| Plaintiff, | ) | | |
| v. | ) ) | | |
| JAMES C. JUSTICE COMPANIES, INC. | ) ) | By: | Hon. Michael F. Urbanski United States District Judge |
| Defendant. | ) | | |

## DISMISSAL ORDER

The plaintiff has filed a Notice of Voluntary Dismissal without prejudice pursuant to Federal Rules of Civil Procedure 41(a).

Accordingly, it is **ORDERED** that this action be, and hereby is, **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

Entered: December 14, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge